**JOHN M. BURKE**
ATTORNEY AT LAW

26 COURT STREET, SUITE 2805
BROOKLYN, NEW YORK 11242
TEL (718) 875-3707
FAX (718) 875-0053

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 18 2011 ★
BROOKLYN OFFICE

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.
NOV 16 2011
TIME A.M.____
P.M.____

November 15, 2011

Via Fax: (718) 613-2466
And Regular Mail

Hon. Judge Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re.: <u>U.S. v. Michael Adams</u>
11 CR 535 (SJ)

Dear Judge Johnson:

I am requesting permission for my client to travel to his mother's home in North Carolina for the Thanksgiving Holiday. He intends to leave his home in New Jersey on November 21, 2011 and return ton November 28, 2011.

I have conferred with the Prosecution and Pre-Trial Services. They have no objection to this request.

Thank you for your time and consideration in this matter.

Very truly yours,

JOHN BURKE
Attorney for Michael Adams

JB/dw

cc: United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Attn: Celia Cohen, Esq., AUSA
Fax: (718) 254-6327

REQUEST GRANTED

s/SJ
U.S.D.J