

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TRP
F.#2008R00321

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 2, 2012

**BY ECF and HAND DELIVERY**

To:  Defense Counsel of Record (Listed Below)

        Re:  United States v. Michael Adams, et. al.
            Criminal Docket No. 11-535 (SJ)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter. The government also requests reciprocal discovery.

Reports of Examinations and Tests

    The government hereby encloses copies of laboratory reports relating to scientific examinations conducted in this case, Bates-numbered 621-628.

    If you have any questions or further requests, please do not hesitate to contact me.

                            Very truly yours,

                            LORETTA E. LYNCH
                            United States Attorney
                            Eastern District of New York

            By:  _____
                  Tanisha R. Payne
                  Assistant U.S. Attorney
                  (718) 254-6358

Enclosures

cc:  Clerk of Court (w/o enclosures) (SJ) (by ECF)

Defense Counsel:

| | |
|---|---|
| John Burke, Esq.<br>26 Court Street,<br>Suite 2805<br>Brooklyn, NY 11242 | Michelle Gelernt, Esq.<br>Federal Defenders of New York,<br>One Pierrepont Plaza,<br>16th Floor<br>Brooklyn, NY  11201 |
| Sean Hecker, Esq.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022 | Louis M. Freeman, Esq.<br>Freeman, Nooter & Ginsberg<br>30 Vesey Street, Suite 100<br>New York, NY 10007 |
| James Kousouros, Esq.<br>260 Madison Avenue, 22nd Floor<br>New York, NY 10016 | Michael H. Soroka, Esq.<br>300 Old Country Road,<br>Suite 341<br>Mineola, NY 11501 |
| Paul Brenner, Esq.<br>Goldberger & Dubin, P.C.<br>401 Broadway, Suite 306<br>New York, NY 10013 | Alexander Eismann, Esq.<br>20 Vesey Street, Room 400<br>New York, NY 10007 |
| Robert Soloway, Esq.<br>100 Lafayette Street, #501<br>New York, NY 10013 | Bennett M. Epstein, Esq.<br>100 Lafayette Street<br>New York, NY 10013 |